# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AL42 | 9763059 | A. Barbay | 829 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 08/24/2021 0912

Offense Charged: ☒CFR ☐ USC ☐ State Code
36 CFR 4.23(a)(1)

Place of Offense: Denali Park Road Mile 3

Offense Description: Factual Basis for Charge — HAZMAT ☐

Operating under Influence of drugs

### DEFENDANT INFORMATION
Phone: (907) 371 - 4965

| Last Name | First Name | M.I. |
|---|---|---|
| BUCKLEY | Jeffery | J. |

Street Address: 1852 Caribou Way

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Fairbanks | AK | 99709 | 06/05/1972 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7410457 | | AK | 540 19 2511 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: / | Eyes: BLU | Height: 6'00 | Weight: 180

### VEHICLE
VIN: — | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| GRA 438 | AK | 11 | Toyota Prius | | Red |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**

$ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: In Custody

Date: /

Time: /

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In Custody

Original - CVB Copy

*9763059*