# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AL42 | 9763062 | A. Barbay | 829 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/26/2021 0912 | 36 CFR 2.35(b)(2) |

**Place of Offense:** Denali Park Road Mile 3

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Possess Controlled Substance

### DEFENDANT INFORMATION

Phone: (907) 371-4965

| Last Name | First Name | M.I. |
|---|---|---|
| BUCKLEY | Jeffery | J. |

**Street Address:** 1852 Caribou Way

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Fairbanks | AK | 99709 | 08/03/1972 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7410457 | | AK | 540 19 2511 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair /   Eyes BLU   Height 6'00   Weight 180

### VEHICLE

VIN: /   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| GRA 438 | AK | 11 | Toyota Prius | | Red |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →

$ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| In Custody | / | / |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In Custody

Original - CVB Copy

21-po-00002-SAO   Document 1-1   Filed 08/27/21   Page

*9763062*