# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ALYZ | 9763060 | A. Barbay | 829 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 08/26/2021 0912
Offense Charged: ☒CFR ☐ USC ☐ State Code
36 CFR 4.22(b)(1)

Place of Offense: Denali Park Road Mile 3

Offense Description: Factual Basis for Charge — HAZMAT ☐
Unsafe Operations

### DEFENDANT INFORMATION
Phone: (907) 371-4965

Last Name: BUCKLEY
First Name: Jeffery
M.I.: J.
Street Address: 1852 Caribou Way
City: Fairbanks
State: AK
Zip Code: 99709
Date of Birth: 05/05/1972
Drivers License No.: 7410457
CDL ☐ D.L. State: AK
Social Security No.: 540 19 2511

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: /   Eyes: BLU   Height: 6'00   Weight: 180

### VEHICLE   VIN: /   CMV ☐

Tag No.: GRA438
State: AK
Year: 11
Make/Model: Toyota Prius
PASS ☐
Color: Red

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: In Custody
Date: /
Time: /

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In Custody
Original - CVB Copy

21-po-00002-SAO   Document 1-2   Filed 08/27/21   Page

*9763060*