## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 26th, 2021 while exercising my duties as a law enforcement officer in the _____ District of Alaska within Denali National Park

I received a report from the rangers at the Savage Check Station that a red sedan had failed to stop at the stop sign at the Savage Check Station and proceeded through the 15mph zone at a high rate of speed. The vehicle was estimated to be traveling around 45mph. At approximately mile 7 of the Denali Park Road, I observed the listed vehicle traveling eastbound. I lost sight of the listed vehicle for approximately 1 mile but noticed tire marks on the wet road that crossed the double yellow line, entered the westbound lane completely, and came back into the eastbound lane multiple times. There were no other vehicles between me and the listed vehicle. When I caught up to the listed vehicle, I observed it cross the double yellow line with all four tires and continue eastbound, driving on the wrong side of the road. It did this multiple times and almost hit a vehicle traveling in the westbound lane. The listed vehicle was driving erratically by accelerating and braking randomly several times. At approximately mile 3 I contacted the vehicle and identified Jeffery J. BUCKLEY by his Alaska Operator's License as the driver. When asked simple questions such as rolling down windows, his travel itinerary, and for identification BUCKLEY responded with statements that did not make sense such as he was speeding because a polar bear in the sky was chasing him. BUCKLEY admitted to me and Officer Olson that he had consumed a alcoholic beverage, marijuana, and rose hips. I attempted to put BUCKLEY through the Standardized Field Sobriety Tests, but he was unable to follow my instructions. I observed BUCKLEY's eyes were blood shot and glassy. Also, his pupils did not change shape or size in various light conditions or after he had them closed. I observed open containers of alcoholic beverages on the dash, a glass bong in the center console, and marijuana around the driver's seat.

Jeffery J. BUCKLEY was arrested and cited for 36 CFR 4.23, operating a motor vehicle under the influence of alcohol, or a drug, or drugs, or any combination thereof, to a degree that renders the operator incapable of safe operation.
VN: 9763059
CVB Location Code: AL 42
IMARS: NP21193204

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/27/2021  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 26th, 2021 while exercising my duties as a law enforcement officer in the District of Alaska within Denali National Park

I received a report from the rangers at the Savage Check Station that a red sedan had failed to stop at the stop sign at the Savage Check Station and proceeded through the 15mph zone at a high rate of speed. The vehicle was estimated to be traveling around 45mph. At approximately mile 7 of the Denali Park Road, I observed the listed vehicle traveling eastbound. I lost sight of the listed vehicle for approximately 1 mile but noticed tire marks on the wet road that crossed the double yellow line, entered the westbound lane completely, and came back into the eastbound lane multiple times. There were no other vehicles between me and the listed vehicle. When I caught up to the listed vehicle, I observed it cross the double yellow line with all four tires and continue eastbound, driving on the wrong side of the road. It did this multiple times and almost hit a vehicle traveling in the westbound lane. The listed vehicle was driving erratically by accelerating and braking randomly several times. At approximately mile 3 I contacted the vehicle and identified Jeffery J. BUCKLEY by his Alaska Operator's License as the driver.

Jeffery J. BUCKLEY was arrested and cited for 36 CFR 4.22(b)(1), operating a motor vehicle without due care.

VN: 9763060
CVB Location Code: AL 42
IMARS: NP21193204

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/27/2021
Date (mm/dd/yyyy)                Officer's Signature

---

Probable cause has been stated for the issuance of a warrant.

Executed on: _____        _____
Date (mm/dd/yyyy)              U.S. Magistrate Judge

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 26th, 2021 while exercising my duties as a law enforcement officer in the _____ District of Alaska within Denali National Park

I received a report from the rangers at the Savage Check Station that a red sedan had failed to stop at the stop sign at the Savage Check Station and proceeded through the 15mph zone at a high rate of speed. The vehicle was estimated to be traveling around 45mph. At approximately mile 7 of the Denali Park Road, I observed the listed vehicle traveling eastbound. I lost sight of the listed vehicle for approximately 1 mile but noticed tire marks on the wet road that crossed the double yellow line, entered the westbound lane completely, and came back into the eastbound lane multiple times. There were no other vehicles between me and the listed vehicle. When I caught up to the listed vehicle, I observed it cross the double yellow line with all four tires and continue eastbound, driving on the wrong side of the road. It did this multiple times and almost hit a vehicle traveling in the westbound lane. At approximately mile 3 I contacted the vehicle and identified Jeffery J. BUCKLEY by his Alaska Operator's License as the driver.

Jeffery J. BUCKLEY was arrested and cited for 36 CFR 4.12, failing to comply with the directions of a traffic control device.

VN: 9763061
CVB Location Code: AL 42
IMARS: NP21193204

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/27/2021                    _____
            Date (mm/dd/yyyy)               Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____        _____
            Date (mm/dd/yyyy)               U.S. Magistrate Judge

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 26th, 2021 while exercising my duties as a law enforcement officer in the _____ District of Alaska within Denali National Park

I received a report from the rangers at the Savage Check Station that a red sedan had failed to stop at the stop sign at the Savage Check Station and proceeded through the 15mph zone at a high rate of speed. The vehicle was estimated to be traveling around 45mph. At approximately mile 3 I contacted the vehicle and identified Jeffery J. BUCKLEY by his Alaska Operator's License as the driver. I observed open containers of alcoholic beverages on the dash, a glass bong in the center console, and marijuana around the driver's seat. Next to the driver's seat I observed a glass pipe with white residue, I believed to be methamphetamine. BUCKLEY admitted to me and Officer Olson that he had consumed an alcoholic beverage, marijuana, and rose hips. After Ranger S. Barbay completed a probable cause search of the vehicle she notified me that marijuana was found throughout the vehicle with a total weight of 9.6grams.

Jeffery J. BUCKLEY was arrested and cited for 36 CFR 2.35(b)(2), possession of a controlled substance.

VN: 9763062
CVB Location Code: AL 42
IMARS: NP21193204

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/27/2021
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge